UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD)

This Document also relates to:

Joseph Jones et al. v. Bayer Corporation et al., Case No. 02-192

---

Philip N. Elbert, Neal & Harwell, PLC for and on behalf of Plaintiffs.

---

ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave of Court is GRANTED and the Second Amended Complaint is ordered accepted and filed into the record of the above-captioned matter.

Date: 10-18-02

Michael J. Davis
Michael J. Davis
United States District Court

OCT 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK