**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to | |
| JOSEPH H. JONES and FRANCES JONES,<br>Plaintiff,<br>v.<br>BAYER CORPORATION and BAYER AG, GLAXOSMITHKLINE, PLC<br>Defendants. | CASE NUMBER 02-CV-0192 MJD/JGL<br><br>STIPULATION OF DISMISSAL |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

APR 0 2 2004

Michael J. Davis

United States District Judge